1  Brian P. Walter, Bar No. 171429
   bwalter@lcwlegal.com
2  Geoffrey S. Sheldon, Bar No. 185560
   gsheldon@lcwlegal.com
3  Jolina A. Abrena, Bar No. 198683
   jabrena@lcwlegal.com
4  Connie M. Chuang, Bar No. 239513
   cchuang@lcwlegal.com
5  LIEBERT CASSIDY WHITMORE
   6033 W. Century Boulevard, Suite 500
6  Los Angeles, CA 90045
   Telephone: (310) 981-2000
7  Facsimile: (310) 337-0837
   Attorneys for Defendant
8  CITY OF LOS ANGELES

9  Gregory G. Petersen, Bar No. 77744
   Fenja Klaus, Bar No. 224498
10 CASTLE, PETERSEN & KRAUSE, LLP
   4675 MacArthur Court, Suite 1250
11 Newport Beach, CA 92660
   Telephone: (949) 417-5600
12 Facsimile: (949) 417-5610
   E-Mail: atty@cpk-law.com
13
   Greg K. Hafif, Bar No. 149515
14 Miguel G. Caballero, Bar No. 110333
   Robert S. Ackley, Bar No. 192393
15 LAW OFFICES OF HERBERT HAFIF
   269 West Bonita Avenue
16 Claremont, CA 91711
   Telephone: (909) 624-1671
17 Facsimile: (909) 625-7772
   Attorneys for Plaintiffs, ROBERTO ALANIZ, et al.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

NOTE CHANGES MADE BY THE COURT.
Pg. 2

FILED
CLERK, U.S. DISTRICT COURT
APR -6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

NOTE CHANGES MADE BY THE COURT.
Pg. 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALANIZ, an individual; for himself on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10,<br><br>Defendant. | Case No. CV 04-8592-GAF (JWJx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES**<br><br>Date: April 19, 2007<br>Time: 2:00 p.m. |

DOCKETED ON CM
APR 10 2007
BY          002

217777.1 LO160-031
STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE FOR MOTION TO COMPEL

NOTE CHANGES MADE BY THE COURT.
Pg. 2

1408

1  WHEREAS, Plaintiffs Roberto Alaniz, et al. ("Plaintiffs") and Defendant
2  City of Los Angeles ("Defendant") filed a Joint Stipulation regarding Motion to
3  Compel Defendant to Further Respond to Request for Production of Documents,
4  Set Three, Propounded by Plaintiff Charles D. Halliburton and for Monetary
5  Sanctions;

6  WHEREAS, Plaintiffs did not meet and confer with Defendant about the
7  hearing date for the motion to compel, currently scheduled for April 19, 2007;

8  WHEREAS, Defendant has a prior conflict set for that date;

9  NOW THEREFORE, the parties in this action, by and through their counsel
10 below, hereby stipulate and apply for the following relief under FRCP Rule 37:

11 1) Continue the hearing on Plaintiffs' Motion to Compel Defendant to
12 Further Respond to Request for Production of Documents, Set Three, from
13 Thursday, April 19, 2007, at 2:00 p.m. in Courtroom C of the above-referenced
14 Court to **April 26, 2007, at 10:00 a.m.** in Courtroom 341, 3rd Floor, Roybal
15 Federal Building, 225 E. Temple St., Los Angeles, CA 90012. 

16
17 Dated: April 4, 2007        LIEBERT CASSIDY WHITMORE
18
19                             By: [signature] Connie Chuang
20                             Brian P. Walter
                               Geoffrey S. Sheldon
21                             Jolina A. Abrena
                               Connie M. Chuang
22                             Attorneys for Defendants
                               CITY OF LOS ANGELES

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W Century Boulevard, Suite 500
Los Angeles, CA 90045

217777.1 LO160-031                  - 2 -
STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE FOR MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | Dated: April 4, 2007 | CASTLE, PETERSEN & KRAUSE LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Gregory G. Petersen<br>Fenja Klaus |
| 5 | | Eugene Senf<br>Kenneth L. Mariboho II |
| 6 | | Attorneys for Plaintiff Roberto<br>Alaniz, individually and on behalf of |
| 7 | | others similarly situated |
| 8 | Dated: April 4, 2007 | LAW OFFICES OF HERBERT HAFIF |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Greg K. Hafif<br>Miguel G. Caballero |
| 12 | | Robert S. Ackley<br>Attorneys for Plaintiff Roberto |
| 13 | | Alaniz, individually and on behalf of<br>others similarly situated |
| 14 | | |
| 15 | | **ORDER** |
| 16 | IT IS SO ORDERED. | |
| 17 | Dated: April 6, 2007 | _____ |
| 18 | | HONORABLE JEFFREY W. JOHNSON<br>JUDGE OF THE UNITED STATES |
| 19 | | DISTRICT COURT |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6033 West Century Boulevard, Suite 500, Los Angeles, CA 90045.

On April 4, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES** pursuant to Federal Rules of Civil Procedure, Rule 34 on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gregory G. Petersen, Esq.<br>Pamela Wilson, Esq.<br>Fenja Klaus, Esq.<br>Ken Mariboho, II, Esq.<br>Castle, Petersen & Krause<br>4675 MacArthur Court, Suite 1250<br>Newport Beach, CA 92660<br>Fax: (949) 417-5610<br><br>Attorneys for Plaintiffs | Greg K. Hafif, Esq.<br>Miguel G. Caballero, Esq.<br>Michael G. Dawson, Esq.<br>Robert S. Ackley, Esq.<br>LAW OFFICES OF HERBERT HAFIF, APC<br>269 W. Bonita Avenue<br>Claremont, CA 91711-4784<br>Fax: (909) 625-7772<br><br>Attorneys for Plaintiffs |

☒ **BY MAIL**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT**  By overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service, U.S. MAIL, for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

217839.1 LO160-028         - 1 -         Proof of Service

| | |
|---|---|
| ☐ **BY FACSIMILE** | I arranged for the above-entitled document(s) to be sent by facsimile from facsimile number (310) 337-0837 to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile machine I used complied with the applicable rules of court. Pursuant to the applicable rules, I caused the machine to print a transmission record of the transmission, to the above facsimile number(s) and no error was reported by the machine. A copy of this transmission is attached hereto. |
| ☐ **PERSONAL** | I delivered such sealed envelope by hand to the addressee(s) at the above addresses. |
| ☐ **E-MAIL** | I served the above document(s) by electronic mail to the following e-mail address(es): greg@lawnet.com, pwilson@cpk-law.com, mshea@cpk-law.com, fklaus@cpk-law.com, kmariboho@cpk-law.com, mcaballero@hafif.com |

Executed on April 4, 2007, at Los Angeles, California.

I declare that I am employed by the office of a member of the bar of this Court at whose direction the service was made.

| Monique M. Watts | *Monique M. Watts* |
|---|---|
| Type or Print Name | Signature |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W Century Boulevard, Suite 500
Los Angeles, CA 90045

217839.1 LO160-028          -2-                    Proof of Service