Gregory G. Petersen (SBN 77744)
Fenja Klaus (SBN 224498)
Eugene D. Senf (SBN 206168)
Kenneth L. Mariboho II (SBN 232126)
CASTLE, PETERSEN & KRAUSE LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 417-5600
Facsimile: (949) 417-5610
E-Mail: atty@cpk-law.com

Greg K. Hafif (Bar No. 149515)
Miguel Caballero (Bar No. 110333)
Law Offices of Herbert Hafif
269 W. Bonita Avenue
Claremont, California 91711
Telephone: (909) 624-1671
Facsimile: (909) 625-7772
E-mail: ghafif@hafif.com
mcaballero@hafif.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALANIZ, an individual; for himself on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES and DOES 1 through 10,<br><br>Defendants. | Case No. CV 04-8592 GAF (JWJx)<br><br>Assigned to the Hon. George H. King<br><br>**STIPULATION OF DISMISSAL FOR DAVID ABDALIAN** |

---

STIPULATION OF DISMISSAL FOR DAVID ABDALIAN

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff, DAVID ABDALIAN is hereby dismissed from the above-captioned matter without prejudice. |

Dated: February 17, 2007      CASTLE, PETERSEN & KRAUSE LLP
Attorneys at Law

*[signature] David Abdalian, Plaintiff*

By: *[signature]* 4/20/07
Gregory G. Petersen
Fenja Klaus
Eugene D. Senf
Kenneth L. Mariboho II

Attorneys for Plaintiffs

Dated: ~~February~~ March 23, 2007      LIEBERT CASSIDY WHITMORE

By: *[signature]*
Brian Walter
Attorneys for Defendant
City of Los Angeles

**ORDER**

**IT IS SO ORDERED.**

Dated: ~~February~~ 4/25/2007

*[signature]*
~~Hon. George H. King~~ HON. GARY A. FEESS
United States District Court Judge

2.

**STIPULATION OF DISMISSAL FOR DAVID ABDALIAN**