Greg K. Hafif (SBN 149515)
E-mail: ghafif@hafif.com
Michael G. Dawson (SBN 150385)
E-mail: mgdawson@hafif.com
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone:  (909) 624-1671
Facsimile:  (909) 625-7772

Attorneys for Plaintiff Robert Alaniz,
on behalf of himself and
all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALANIZ, et. al., | Case No. CV 04-08592 GAF (AJWx) |
| Plaintiffs, | *Assigned for all purposes to:*<br>*The Honorable Gary Allen Feess* |
| vs. | |
| CITY OF LOS ANGELES and DOES 1 through 10, inclusive, | ORDER OF DISMISSAL FOR KELLY CHRISMAN |
| Defendant. | |

IT IS SO ORDERED that Plaintiff, Kelly Chrisman, is hereby dismissed from the above-captioned matter without prejudice.

DATED: _August 16, 2013        _____
                                Honorable Gary A. Feess
                                United States District Court Judge

- 1 -
ORDER OF DISMISSAL FOR KELLY CHRISMAN