UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV04-8592-GAF (AJWx)*<br>CV07-6782 GAF (AJWx) | Date | October 28, 2013 |
|---|---|---|---|
| Title | ROBERTO ALANIZ v. CITY OF LOS ANGELES, et al. and<br>CESAR MATA v. CITY OF LOS ANGELES, et al., | | |

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    In a status conference held today in CV03-2190 GAF (AJWx): *James Nolan, et al. v. City of Los Angeles, et al.*, the Court lifted the stays in these two actions. Specifically, the Court orders that discovery is reopened and the discovery cut-off deadline is extended to April 25, 2014. The motion stays are also lifted. The last day to hear a motion is now May 5, 2014.

|  | : |
|---|---|
| Initials of Preparer | SMO |