LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-8592 GAF (AJWx)*; CV 07-6782 GAF (AJWx) | Date | May 30, 2014 |
|---|---|---|---|
| Title | Roberto Alaniz v. City of Los Angeles et al; Cesar Mata v. City of Los Angeles et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**        (In Chambers)

## ORDER RE: TRIAL SCHEDULE

The counsel for the individually named plaintiffs in the Alaniz and Mata cases and counsel for defendant City of Los Angeles are to meet and confer and prepare a proposed schedule in each case leading to trial of the individual plaintiff's remaining off-the-clock claims. The meet and confer should take place no later than Monday, June 9, 2014, and a joint statement regarding scheduling should be filed with the Court no later than Friday, June 13, 2014. Thereafter, the Court will set the matter for a status conference.

**IT IS SO ORDERED.**