STAYED

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALANIZ, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES and DOES 1 through 10, <br><br> Defendant. | Case No.: CV 04-8592 AG (AJWx) <br><br> **ORDER RE STIPULATION FOR 90-DAY STAY PENDING FINALIZATION OF SETTLEMENT** <br><br> Courtroom: 10D – Santa Ana |

## ORDER

Pursuant to the Joint Stipulation of the parties, and for good cause shown, the Court hereby orders as follows:

1. The matter is stayed to August 28, 2015.
2. Counsel shall file an application and proposed order to extend the stay if necessary.

Dated: May 22, 2015

_____
HON. ANDREW J. GUILFORD
Judge of the United States District Court,
Central District