UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALANIZ, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10,<br><br>　　　　　Defendant. | Case No.:　CV 04-8592 AG (AJWx)<br><br>**JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>Courtroom:　10D |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

　　1.　　The Court has reviewed Judge George H. King's Judgment and Order Re: Approval of Settlement Agreement Judgment And Dismissal with Prejudice, attached as Exhibit "A" to the City's Notice of Lodging.  Judge King's Judgment and Order approved the settlement agreement between the City of Los Angeles and twenty individual plaintiffs, including Plaintiff Roberto Alaniz ("Settlement Agreement"), attached as Exhibit "B" to the Notice of Lodging.

///

///

///

///

4431172.1  LO160-028

2. In accordance with Judge King's Order, Judgment is hereby entered in this action and the action is hereby dismissed in its entirety with prejudice.

Dated: November 20, 2015

_____
HONORABLE ANDREW J. GUILFORD
Judge of the United States District Court,
Central District